IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-cv-00587-M-BM

| | |
|---|---|
| NIKOLE HERSTIK,<br><br>Appellant,<br><br>v.<br><br>GEORGE F. SANDERSON, III,<br><br>Appellee. | ORDER |

This matter comes to the court on its prior Order to Show Cause [DE 21] for why the appeal should not be dismissed. Because Appellant failed to file an opening brief by the August 31, 2026, deadline, on September 4, 2026, this court instructed Appellant to "show cause in writing, on or before September 18, 2026, why the appeal should not be dismissed for the Appellant's failure to prosecute." DE 21. Appellant was informed that failure to meet that deadline would result in dismissal. DE. 21. To date, Appellant filed nothing, and no other action has been taken in this case. Accordingly, the court DISMISSES WITHOUT PREJUDICE the action for failure to prosecute and DIRECTS the Clerk of Court to close the case.

SO ORDERED this 25th day of September, 2026.

Richard E. Myers II
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE